IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                         CASE NO: 1:13-CR-10009-001

REBECCA ANN CLARK
a.k.a REBECCA BRYANT                                                  DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 20). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on April 24, 2013, in this matter. Upon consideration, the Court is of the opinion that the Motion (ECF No. 20) should be and hereby is **GRANTED**. Therefore, the Indictment filed in this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of December, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge